```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID MICHAEL CARTY | : | NO. 07-545 |

ORDER

AND NOW, this 11th day of September 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant David Michael Carty for Early Termination of Supervised Release (Doc. #69) is GRANTED in part and DENIED in part; and

(2) the term of defendant's supervised release is reduced from eight years to six years.

BY THE COURT:

/s/   Harvey Bartle III
                    J.